GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
Serra M. Tsethlikai
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

FILED

2021 AUG 18  PM 3: 30

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR21-02019 TUC-SHR(JR)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Peter Alvarez Lopez,

Defendant.

No.

**INDICTMENT**

VIO:    18 U.S.C. §§ 922(a)(6)
and 924(a)(2)
(False Statement in the Acquisition
of a Firearm)
(Count 1 and 2)

18 U.S.C. §§ 924(d)
28 U.S.C. § 2461(c)
Forfeiture

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 5, 2019 to April 9, 2019, in the District of Arizona, the defendant, PETER ALVAREZ LOPEZ, in connection with the acquisition of a firearm, that is, a Century Arms International, model C39V2, 7.62x39 mm caliber rifle, from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to PETER ALVAREZ LOPEZ under Chapter 44, Title 18, United States Code, in that PETER ALVAREZ LOPEZ

////

stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

## COUNT 2

On or about May 24, 2019 to June 6, 2019, in the District of Arizona, the defendant, PETER ALVAREZ LOPEZ, in connection with the acquisition of firearms, which are, a Glock, model 42, .380 ACP caliber pistol and a Beretta, model 92FS, 9mm caliber pistol, from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc., as to a fact material to the lawfulness of such sale of said firearms to PETER ALVAREZ LOPEZ under Chapter 44, Title 18, United States Code, in that PETER ALVAREZ LOPEZ stated that he was the actual transferee/buyer of said firearms when in fact he was acquiring the firearms on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One and Two of the Indictment, the defendant, PETER ALVAREZ LOPEZ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

1. Century Arms International, model C39V2, 7.62x39mm caliber rifle, s/n C39P2A01993;
2. Glock, model 42, .380 ACP caliber pistol, s/n ADBP385; and
3. Beretta, model 92FS, 9mm caliber pistol, s/n A215058Z.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with

other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

_____
FOREPERSON OF THE GRAND JURY
Dated: August 18, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR
PUBLIC DISCLOSURE**

/S/
_____
SERRA M. TSETHLIKAI
Assistant U.S. Attorney

*United States of America v. Peter Alvarez Lopez*
*Indictment Page 3 of 3*