**MARCHETTI WOOD LAW**
177 N. Church Ave, Suite 1100
Tucson, Arizona 85701
(520) 448-3723

Lance J. Wood, lance@yourtucsonlawfirm.com
P.C.C. No. 66548 / State Bar No. 028448
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America | ) | 4:21-cr-02019-SHR-1 |
| | ) | |
| Plaintiff, | ) | SENTENCING MEMO |
| | ) | |
| vs. | ) | |
| | ) | |
| Peter Alvarez Lopez, | ) | |
| | ) | |
| Defendant. | ) | |

Peter Lopez, by and through counsel, hereby offers this Sentencing Memorandum for the Court's consideration at the time of sentencing on 16 May 2023, pursuant to Rule 32(i)(1)(D) and (i)(2), Fed. R. Crim. P., *United States v. Williams*, 41 F.3d 496 (9th Cir. 1994); *Rita v. United States*, 127 S. Ct. 2456 (2007), *Gall v. United States*, 128 S. Ct. 586 (2007), and *Kimbrough v. United States*, 128 S. Ct. 558 (2007).

///

SUBMITTED:  May 11, 2023.

MARCHETTI WOOD LAW

_s/Lance J. Wood_

Attorney for Mr. Lopez

*Certificate of Service below.*

2

**MEMORANDUM**

## I.    Procedural Background/Sentencing Request

Mr. Lopez was indicted on two counts of making false statements in connection with the purchase of firearms.  On 27 October 2022, Mr. Lopez pled guilty to Count 2 of the indictment.

According to the Pre-Sentence Report (PSR), Mr. Lopez's guideline range is 18 to 24 months.  The PSR includes a recommendation of 15 months of confinement.  Mr. Lopez does not object to the calculations.

While the PSR lists two related cases, there has been no discovery furnished which shows a connection in any way between Mr. Lopez and Mora and Sevilla.  The overwhelming majority of the PSR Offense Conduct section focuses on Mora and Sevilla.  Mr. Lopez does not even know these other individuals.  By including these "related" cases, the PSR seems to over-amplify and over-state the criminality of the instant case.

For the reasons set forth herein, we respectfully request this Honorable Court to sentence Mr. Lopez to 8-9 months of confinement.  The plea agreement permits Mr. Lopez to argue for a variance.

## II.    Prospects for both Redemption and Rehabilitation

The expression, and acceptance, of wrongs is generally the platform for the beginning of redemption, rehabilitation, and future good works.  Mr. Lopez has

3

accepted responsibility by pleading guilty.

Mr. Lopez is a family man who has worked his entire life. Prior to this case, he had never been arrested. Mr. Lopez is 60-years-old. By spending the last 218 days in jail, he has been sufficiently punished.

## III.    Conclusion

Mr. Lopez respectfully requests this Honorable Court to sentence him to 8-9 months of confinement. This range satisfies punishment and deterrence for the government. Anything beyond 9 months, for this particular Defendant, quite simply works to extinguish rehabilitation. Mr. Lopez has rehabilitative potential, but he can only realize that potential if he is out of confinement and working to be a productive member of society, just like he has his entire life.

SUBMITTED: May 11, 2023.

MARCHETTI WOOD

  *s/Lance J. Wood*

Attorney for Mr. Lopez

### *Certificate of Service*

*I hereby certify that on May 11, 2023, I electronically transmitted the attached document (along with a copy of all attachments) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

4

All CM/ECF Registrants.